rate answers. On the trial by the court special findings were made and conclusions of law stated to the effect that the law was with the defendants, with judgment accordingly.

The facts presented are similar in all respects to the facts s t out and found by the court in *Mortimer* v. *Kessler* (1915), 58 In . App. 198, 107 N. E. 34, and the questions of law the same as decid 1 by this court in *Stone* v. *Elliott* (1914), 182 Ind. 454, 106 N. !. 710. On the authority of those cases, the judgment is affirmed.

## PLESSINGER, RECEIVER, *v.* BAKER ET AL.

[No. 22,819. Filed June 2, 1915. Rehearing denied October 7, 1915.]

From Wells Circuit Court; *William H. Eichhorn,* Judge.

Action by Charles H. Plessinger, Receiver of the partnership of Williamson and Baker, against Willard C. Baker and another. From a judgment for defendants, the plaintiff appeals. (Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.) *Affirmed.*

*Mock & Mock,* for appellant.
*Frank W. Gordon,* for appellees.

ERWIN, J.—The same facts exist and the same law questions are presented in this cause, as were presented in *Plessinger* v. *Baker* (1915), *ante* 507, 109 N. E. 43. On the authority of that case the judgment in this case is affirmed.